UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
JUN 0 8 2010



CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 10-40041 |
|  | * |  |
| Plaintiff, | * |  |
|  | * |  |
| vs. | * | ORDER |
|  | * |  |
| JOSEPH L. FIGLIOLO, | * |  |
|  | * |  |
| Defendant. | * |  |
|  | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pending before the Court is the Defendant's Petition to Enter a Plea of Guilty and Statement of Factual Basis. A hearing to take the plea was held before the Magistrate Judge on May 18, 2010, and Judge Simko issued a Report and Recommendation accepting the plea, and recommending to this Court that the Defendant be adjudged guilty as charged in the Indictment with Escape in violation of 18 U.S.C. § 751. After a careful review of the file, and the time for objections having expired,

IT IS ORDERED:

1.     That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Joseph L. Figliolo is adjudged guilty.

Dated this 7th day of June, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Summer Wahpad
            DEPUTY